# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES F. GOSSETT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration<br><br>Defendant. | CASE NO. 3:11-cv-05245 RBL JRC<br><br>ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT |

Based on Defendant's Motion (ECF No. 8), and with no objection from Plaintiff, it is hereby ORDERED that the Defendant shall have up to and including August 15, 2011 to file a response to Plaintiff's Complaint.

DATED this 2nd day of August, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1